*United States District Court*
*Southern District of Indiana*
*Laura A. Briggs*
*Clerk of the Court*

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

210 Federal Building
Terre Haute, Indiana
47808

RECEIVED
2006 DEC -8 A 10: 00
_. A. P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

December 6, 2006

Clerk of the Court
US District Court
PO Box 71
Montgomery AL 36101-0711

Dear Clerk;

      RE:    United States of America
                -v-
            HENRY THOMAS
            Cause No.: IP06-270M-01
            Your Cause No.: 2:06mj92-CSC

    The above named defendant is ordered removed to your district by the United States District Court, Southern District of Indiana, Indianapolis Division.

    Enclosed please find certified copies of the entire file along with a certified copy of the docket sheet.

    Please acknowledge receipt on the copy of this letter.

            Very truly yours,

            Laura A. Briggs, Clerk

            By: _Cindy B. Ulrich_
                  Deputy Clerk

# United States District Court
SOUTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA<br>V.<br>HENRY THOMAS | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District Of Arrest | District Of Offense | District Of Arrest | District Of Offense |
| | | IP 06-0270M-01 | 2:06mj92-CSC |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    ■ Complaint    ☐ Other (specify)

charging a violation of 18 U.S.C. § 500

**DISTRICT OF OFFENSE**
MIDDLE of ALABAMA

**DESCRIPTION OF CHARGES**
INTENT TO DEFRAUD, FALSELY MAKE, FORGES, COUNTERFEIT, ENGRAVE AND PRINT ANY ORDER IN IMITATION OF AND PURPORTING TO BE A BLANK MONEY ORDER ISSUED BY OR UNDER THE DIRECTION OF THE POST OFFICE DEPARTMENT AND POSTAL SERVICES

**CURRENT BOND STATUS**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel    ■ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    ■ No    ☐ Yes    Language:

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_12/5/06_
Date

Kennard P. Foster, United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

⬥ AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FILED
DEC 0 5 2006
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

_____SOUTHERN_____ DISTRICT OF _____INDIANA_____

UNITED STATES OF AMERICA

V.

_____HENRY THOMAS_____
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: IP 06-0270M-01

CHARGING DISTRICTS
CASE NUMBER: 2:06mj92-CSC

I understand that charges are pending in the _____MIDDLE_____ District of _____ALABAMA_____

alleging violation of _____18:500_____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)   Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____12-05-06_____
Date

_Defendant_

_Defense Counsel_

2

# REPORT OF PROCEEDINGS BEFORE UNITED STATES MAGISTRATE

## MAGISTRATE CAUSE NUMBER: IP 06-0270M-01    CAUSE NUMBER:

At Indianapolis, IN on 12/5/06 @ 10:30 am

Proceedings in United States vs. HENRY THOMAS

Appeared in the custody of a Federal Officer ■    Appeared voluntarily ☐

Description: Age____ Sex M___ Race ____ Born: Native ☐ Foreign ☐

Address_____

Name of complainant and title (if any)__

Date of Complaint  9/20/06

Offense charged FRAUD_____   Date of offense _____

Where committed MD/ALABAMA_____   Date of Warrant 9/20/06

Date of hearing 12/5/06 @ 10:30 am __   Examination waived _____

Bail fixed at $ None              Released DETAINED/REMOVED

                                  Committed to _____

Discharged (date)_____

Name and address of surety_____

Names and residences of witnesses_____

DUSM: Pappas

Remarks Deft. appeared in person and with FCD Bill Dazey for Rule 5(c)(3) proceedings on a Complaint out of the MD/Alabama (Montgomery 2:06mj92-CSC). Govt. was represented by Winfield Ong and U.S. Probation by Matt Renshaw. Charges and Rights were read and explained. Deft. waived identity hearing and requested preliminary hearing be held in the MD/Alabama. Govt. orally moved for detention. Deft. waived detention hearing in this district and requested one be held in the MD/Alabama. Deft. ordered detained. Deft. remanded to custody of U.S. Marshals pending removal to the MD/Alabama.

Kennard P. Foster, United States Magistrate Judge

| OFFENSE | DIST | OFF | CUST | W | J | A | FILEDATE | NO.DEFS | MAG CASE NO | COUNTY | JUDGE | MAG. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0756 | 1 | CUST | N | N | N | 12 05 06 | 0 | 06-0270M-01 | | | |

Defendant: THOMAS, HENRY
SS#:                                          DOB:

   No address available.

Aliases: None

## I. CHARGES

 No charges were found for this defendant.

## II. KEY DATES

Key Date 1 :                    Earliest of:
Key Date 2 :                    Applicable :
Key Date 3a:                    Applicable :
Key Date 3b:                    Applicable :
Key Date 4 :                    Applicable :

Closed Date:    12/06/06

## ATTORNEYS

U. S. Attorney or Asst.

 WINFIELD ONG

Defense at filing:

 WILLIAM H DAZEY JR
 INDIANA FEDERAL COMMUNITY DEFENDERS
 111 MONUMENT CIRCLE, #752
 INDIANAPOLIS       IN   46204
 (317)383-3520   Fax:(317)383-3525

UNITED STATES DISTRICT COURT DOCKET                 Date Printed: 12/06/06

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12/05/06 | 1 | COURTROOM MINUTES of a hearing held before Magistrate Foster on a Rule 5(c)(3) proceedings on a complt out of the MD/AL (Montgomery 2:06mj92-CSC) eod 12/06/06 [CBU] |
| 12/05/06 | = | DEFT APPEARS IN PERSON AND w/FCD Bill Dazey eod 12/06/06 [CBU] |
| 12/05/06 | = | APPEARANCE FOR THE USA BY AUSA Winfield Ong eod 12/06/06 [CBU] |
| 12/05/06 | = | USPO Represented by Matt Renshaw eod 12/06/06 [CBU] |
| 12/05/06 | = | CHARGES & RIGHTS were read and explained.  Deft waived identity hearing and requested prel hearing be held in the MD/AL.  Govt orally moved for detention.  Deft waived detention hearing in this district and requested one be held in the MD/AL.  Deft ordered detained. eod 12/06/06 [CBU] |
| 12/05/06 | = | DEFT REMANDED TO CUSTODY of the USMS pending removal to the MD/AL eod 12/06/06 [CBU] |
| 12/05/06 | 2 | Waiver of Rule 5 hearing DEFT eod 12/06/06 [CBU] |
| 12/06/06 | 3 | RULE 40 OUT -Rule 5(c)(3) documents sent to Montgomery AL copies to USA USMS and USPO eod 12/06/06 [CBU] |