IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. __2:06CR294-WKW-WC__ |
| | ) | [18 USC 500; 18 USC 2114(b)] |
| HENRY THOMAS | ) | |
| | ) | __INDICTMENT__ |

The Grand Jury charges:

### COUNTS 1-11

On or about July 1, 2006 and continuing until December 1, 2006, in Bullock County, Alabama and elsewhere within the Middle District of Alabama, the defendant,

HENRY THOMAS,

did, knowingly embezzle, steal, and convert to his own use and without authority did convert a blank money order form under the authority of the United States Postal Service, to-wit:

| Count | Serial No. | Approx Date Cashed | Date on MO | Amount | Location |
|---|---|---|---|---|---|
| 1 | 9198143115 | 7/3/06 | 7/23/06 | 337.33 | Opelika |
| 2 | 9198143142 | 7/21/06 | 7/13/06 | 237.31 | Tuskegee |
| 3 | 9198143153 | 7/23/06 | 7/14/06 | 237.31 | Union Springs |
| 4 | 9198143123 | 7/24/06 | 7/13/06 | 237.31 | Tuskegee |
| 5 | 9198143152 | 7/24/06 | 7/20/06 | 237.31 | Union Springs |
| 6 | 9198143198 | 8/14/06 | 7/11/06 | 247.54 | Union Springs |
| 7 | 9198143187 | 8/17/06 | 8/12/06 | 257.63 | Union Springs |
| 8 | 9198143192 | 8/17/06 | 8/11/06 | 137.64 | |
| 9 | 9198143188 | 8/18/06 | 8/12/06 | 137.53 | Tuskegee |
| 10 | 9198143149 | 8/21/06 | 8/14/06 | 218.43 | Tuskegee |
| 11 | 9198143180 | 8/21/06 | 8/14/06 | 218.33 | Union Springs |

All in violation of Title 18, United States Code, Section 500.

COUNTS 12-22

On or about July 1, 2006 and continuing until December 1, 2006, in Bullock County, Alabama and elsewhere within the Middle District of Alabama, the defendant,

HENRY THOMAS,

did, knowingly receive and possess a stolen and converted blank money order under the authority of the United States Postal Service, to-wit:

| Count | Serial No. | Approx Date Cashed | Date on MO | Amount | Location |
|---|---|---|---|---|---|
| 12 | 9198143115 | 7/3/06 | 7/23/06 | 337.33 | Opelika |
| 13 | 9198143142 | 7/21/06 | 7/13/06 | 237.31 | Tuskegee |
| 14 | 9198143153 | 7/23/06 | 7/14/06 | 237.31 | Union Springs |
| 15 | 9198143123 | 7/24/06 | 7/13/06 | 237.31 | Tuskegee |
| 16 | 9198143152 | 7/24/06 | 7/20/06 | 237.31 | Union Springs |
| 17 | 9198143198 | 8/14/06 | 7/11/06 | 247.54 | Union Springs |
| 18 | 9198143187 | 8/17/06 | 8/12/06 | 257.63 | Union Springs |
| 19 | 9198143192 | 8/17/06 | 8/11/06 | 137.64 | |
| 20 | 9198143188 | 8/18/06 | 8/12/06 | 137.53 | Tuskegee |
| 21 | 9198143149 | 8/21/06 | 8/14/06 | 218.43 | Tuskegee |
| 22 | 9198143180 | 8/21/06 | 8/14/06 | 218.33 | Union Springs |

with the intent to convert it to his own use and gain. All in violation of Title 18, United States Code, Section 500.

COUNTS 23-33

On or about July 1, 2006 and continuing until December 1, 2006, in Bullock County, Alabama and elsewhere within the Middle District of Alabama, the defendant,

HENRY THOMAS,

did receive, possess, conceal and dispose of property of the United States, to-wit:

| Count | Serial No. | Approx Date Cashed | Date on MO | Amount | Location |
|---|---|---|---|---|---|
| 23 | 9198143115 | 7/3/06 | 7/23/06 | 337.33 | Opelika |
| 24 | 9198143142 | 7/21/06 | 7/13/06 | 237.31 | Tuskegee |
| 25 | 9198143153 | 7/23/06 | 7/14/06 | 237.31 | Union Springs |
| 26 | 9198143123 | 7/24/06 | 7/13/06 | 237.31 | Tuskegee |
| 27 | 9198143152 | 7/24/06 | 7/20/06 | 237.31 | Union Springs |
| 28 | 9198143198 | 8/14/06 | 7/11/06 | 247.54 | Union Springs |
| 29 | 9198143187 | 8/17/06 | 8/12/06 | 257.63 | Union Springs |
| 30 | 9198143192 | 8/17/06 | 8/11/06 | 137.64 | |
| 31 | 9198143188 | 8/18/06 | 8/12/06 | 137.53 | Tuskegee |
| 32 | 9198143149 | 8/21/06 | 8/14/06 | 218.43 | Tuskegee |
| 33 | 9198143180 | 8/21/06 | 8/14/06 | 218.33 | Union Springs |

obtained by assault and robbery, knowing that the property had been unlawfully obtained. All in violation of Title 18, United States Code, Section 2114(b).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
SUSAN R. REDMOND
ASSISTANT UNITED STATES ATTORNEY