IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | 2:06cr294-WKW |
| ) | |
| HENRY THOMAS  ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for December 27, 2006 at 10:00 a.m. in the above styled cause.

You are DIRECTED to produce the following named prisoner: HENRY THOMAS before the United States District Court at Montgomery, Alabama, Courtroom 4B, on the 27th day of December, 2006 at 10:00 o'clock a.m..

DONE this 14th day of December, 2006.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

By: /s/ Joyce Taylor
Deputy Clerk