IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | *<br>*<br>* |
| vs. | *   CR. NO. 2:06cr294WKW<br>* |
| HENRY THOMAS<br>　　Defendants. | *<br>* |

## NOTICE OF APPEARANCE

COMES, James R. Cooper, Jr. who gives notice that he represents Mr. Thomas.

　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,


　　　　　　　　　　　　　　　　　　　s/James R. Cooper, Jr. (COO021)
　　　　　　　　　　　　　　　　　　　COOPER & COOPER
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　312 Scott Street
　　　　　　　　　　　　　　　　　　　Montgomery, AL 36104
　　　　　　　　　　　　　　　　　　　(334) 262-4887

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20 th day of December, 2006, I have served a copy of the foregoing **Notice of Appearance** upon Ms. Susan Redmond , Asst. U.S. Attorney, P.O. Box 197, Montgomery, Alabama 36101 and by electronic case filing,   by placing a copy of same in the United States Mail properly addressed and postage prepaid.


　　　　　　　　　　　　　　　　　　　s/James R. Cooper, Jr. (COO021)