COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| √ INITIAL APPEARANCE | | DATE: 12/20/06 |
| ❒ BOND HEARING | | |
| ❒ DETENTION HEARING | | DIGITAL Recording : 10:15 - 10:25, 10:31 - 10:32 |
| ❒ PRELIMINARY (EXAMINATION)(HEARING) | | RECONVENED: 1:53 - 2:11 |
| ❒ REMOVAL HEARING (R.40) | | |
| √ ARRAIGNMENT | | |

PRESIDING MAG. JUDGE: WALLACE CAPEL, JR.       DEPUTY CLERK: Wanda Robinson
CASE NO: 2:06cr294-WKW                          DEFENDANT NAME: Henry Thomas
AUSA:  Susan Redmond                            DEFT. ATTY: Donnie Bethel/James Cooper

Type Counsel: ( )Retained; ( x ) CJA; ( ) Waived; ( ) FPD

PTSO:   Sandra Wood                             USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present   (√) NO; ( ) YES        Name:

**HEARING RECONVENED due to conflict of attorney with Federal Defender's Office**

_____

| | | |
|---|---|---|
| ❒ | Date of Arrest or ❒ Arrest Rule 40 | |
| √ | Deft First Appearance. Advised of rights/charges.   Prob/Sup Rel Violator | |
| ❒ | Deft First Appearance with Counsel | |
| ❒ | Deft. First Appearance without Counsel | |
| ❒ | Requests appointed Counsel | |
| √ | Financial Affidavit executed  √ *ORAL MOTION FOR APPT OF COUNSEL* | |
| ❒ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* | |
| √ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher | |
| ❒ | Deft. Advises he will retain counsel.  Has retained | |
| ❒ | ❒ Government's ORAL  Motion for Detention Hrg. ❒ to be followed by written motion; | |
| | ❒ Government's WRITTEN Motion for Detention Hrg. filed | |
| ❒ | Detention Hearing ❒ held; ❒ set for | |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered | |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered | |
| √ | Release order entered.  Deft advised of conditions of release | |
| √ | BOND EXECUTED (M/D AL charges) $.  25,000 | |
| ❒ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered | |
| ❒ | Bond not executed.  Defendant to remain in Marshal's custody | |
| ❒ | Deft. ORDERED REMOVED to originating district | |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing | |
| ❒ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury | |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered.  ❒ Set for | |
| √ | DISCOVERY DISCLOSURE DATE:  12/20/06 | |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel | |
| ❒ | WAIVER of Speedy Trial.  CRIMINAL TERM: 4/23/07 | |

Pretrial: 4/2/07