IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:06cr294-WKW |
| | ) | |
| HENRY THOMAS | ) | |

## ORDER ON MOTION

On December 19, 2006, the Government filed a Motion for Detention (Doc #12). The defendant, HENRY THOMAS, was released on bond on December 20, 2006. Therefore, for good cause, it is

ORDERED that the Motion for Detention (Document #12), is DENIED as MOOT.

DONE this 21st day of December 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE