**COURTROOM DEPUTY'S MINUTES**                    **DATE:** 2/16/07

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 9:42 - 9:49**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. WALLACE CAPEL, JR.**    **DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER: 2:06cr294-WKW**                    **DEFENDANT(S): Henry Thomas**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Susan R. Redmond | | James Robert Cooper, Jr. |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**          **Complete**

**Final portion of discovery provided at this pretrial conference**

❏ **PENDING MOTION STATUS:**          **None**

❏ **PLEA STATUS:**

**No Negotiations**

❏ **TRIAL STATUS**          **2 days for trial**

❏ **REMARKS:**          **May need to file motion out of time to file motions**