IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:06CR294-WKW |
| | ) | |
| HENRY THOMAS | ) | |

# ORDER

On February 22, 2007, the defendant, HENRY THOMAS, filed a Motion to Appoint Expert ( Doc. #23). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is GRANTED. Counsel is hereby authorized to obtain the services of a hand writing analysis expert, a palm print expert and a video expert. Payment for these services may not exceed the amounts specified in 18 U.S.C. § 3006A (e).

DONE this 23rd day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE