# United States District Court

## for

## Middle District of Alabama

RECEIVED
2007 MAR 15 A 9: 43

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Henry Thomas                           Case Number: 2:06CR294-WKW

Name of Releasing Judicial Officer: The Honorable Wallace Capel, Jr., U.S. Magistrate Judge

Date of Release: December 20, 2006

Original Offense: Intent to Forge Postal Money Order

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Refrain from excessive use of alcohol, Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia, Follow all instructions of the probation officer, Maintain residence with mother at 680 Brooks Road, Union Springs, AL, Take care of outstanding warrants and provide verification

Assistant U.S. Attorney: Susan Redmon                     Defense Attorney: Don Bethel

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 7 (t): "Abide by all the requirements of the program which will include electronic monitoring." | Thomas failed to properly strip his phone line of all features for proper installation of electronic monitoring.<br><br>On March 8, 2007, this officer called the offender's residence and became aware that privacy directory and call waiting had been added back to the phone line. |
| Viol. 2: Condition 7 (e) "Follow all instructions of the pretrial services officer" | Thomas has failed to secure a proper phone line at his residence for electronic monitoring. |

<u>Supervision history of defendant and actions taken by officer:</u> Barring the instant violations, Thomas has posed no problems to this officer.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
[X]   revoked.
[ ]   No action.
[ ]   The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: March 9, 2007

Reviewed and approved: *Sandra Wood*
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date