IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:06cr294-WKW-WC |
| | ) | |
| HENRY THOMAS | ) | |

# ORDER

On March 20, 2007, the defendant appeared before the undersigned Magistrate Judge for an initial appearance on a warrant for offender under pretrial release supervision. Upon consideration of the information presented to the court at the hearing, and for good cause, it is

ORDERED that this court's order setting conditions of release entered on December 20, 2006 (Doc. #18) is hereby MODIFIED to reflect that the defendant be removed from electronic monitoring (Home Detention). The court further finds that there was no probable cause to believe that the defendant violated his pretrial release. The defendant shall report to his pretrial officer on a schedule provided to him and comply with all other provisions of his pretrial release.

DONE this 21st day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE