IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | Case No.:CR-294-WKW |
| | * | |
| HENRY THOMAS, | * | |
|     Defendant. | * | |

<u>DEFENDANT'S JURY VOIR DIRE</u>

    COMES, James R. Cooper, Jr. who requests the Court ask the following questions of the Jury Venire:

1. Does any one of you belong to a group or association to which you either pay dues, or receive some sort of news letter OTHER THAN a church, school or fraternity? If so, please tell me the following:

a. the name of the group, b. its stated purpose, c. its beliefs, d. your involvement, and e. the history of your involvement.

2. Have any of you, your spouses, children or immediate family ever served as a law enforcement officer, military policeman, prison guard or in any similar job? If so tell me about that job.

3. Have any of you or your immediate family been the victims of a crime of violence?

4. Have any of you or your immediate family been the victim of a property crime?

5.  Have any of you or your immediate families ever worked as an insurance adjuster, claims adjuster or in the insurance business?

6. Have any of you all ever worked for the Post Office?

7. Do any of you believe that just because one is accused of a crime, he or she MUST have done something?

8.  Do any of you believe that just because one has been indicted for a crime, he or she MUST have done something?

9. Do any of you believe that the grand jury first must decide guilt or innocence before an indictment is returned ?

10. Do any of you have a bumper sticker on your case other than one with the name of a school?

11. Do any of you believe that a police officer never would misstate a conversation, either by accident or on purpose?

12. Do you believe that one cannot be mistaken when asked to identify a person?

RESPECTFULLY SUBMITTED,

s/James R. Cooper, Jr. (COO021)
COOPER & COOPER
Attorney for Defendant
312 Scott Street
Montgomery, AL 36104
(334) 262-4887

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30 th day of July, 2007, I have served a copy of the foregoing Voir Dire upon Ms. Susan Redmond , Asst. U.S. Attorney, P.O. Box 197, Montgomery, Alabama 36101 and by electronic case filing,  by placing a copy of same in the United States Mail properly addressed and postage prepaid and by efiling.

s/James R. Cooper, Jr. (COO021)