IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 2:06cr294WKW |
| | * | |
| HENRY THOMAS | * | |
|     Defendants. | * | |

## MOTION FOR DIRECTED VERDICT OF ACQUITTAL

COMES, James R. Cooper, Jr. who gives moves this Court to grant the defendant Henry Thomas a Directed Verdict of Acquittal on all Counts and states in support thereof as follows:

1. The government has failed to meet its burden of proof.

2. The government has failed to prove each element of each Count beyond a reasonable doubt.

3. In Count Three, the government has failed to prove that Mr. Thomas knew the money orders in question were obtained in a robbery or assault.

4. The government must elect between Counts 2 and 3.

5. The government must elect between Counts 1 and 2.

RESPECTFULLY SUBMITTED,

s/James R. Cooper, Jr. (COO021)
COOPER & COOPER
Attorney for Defendant
312 Scott Street
Montgomery, AL 36104
(334) 262-4887

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 8th day of August, 2007, I have served a copy of the foregoing **Motion for Directed Verdict of Acquittal** upon Ms. Susan Redmond, Asst. U.S. Attorney, P.O. Box 197, Montgomery, Alabama 36101 and by electronic case filing, by placing a copy of same in the United States Mail properly addressed and postage prepaid and in Open Court..

                        s/James R. Cooper, Jr. (COO021)