IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-294-WKW |
| | ) | |
| HENRY THOMAS | ) | |

## JURY VERDICT

1. As to Count One of the Indictment, We, the Jury, find the Defendant:

   __✓__   Guilty   or   _____   Not Guilty

2. As to Count Two of the Indictment, We, the Jury, find the Defendant:

   __✓__   Guilty   or   _____   Not Guilty

3. As to Count Three of the Indictment, We, the Jury, find the Defendant:

   __✓__   Guilty   or   _____   Not Guilty

4. As to Count Four of the Indictment, We, the Jury, find the Defendant:

   __✓__   Guilty   or   _____   Not Guilty

5. As to Count Five of the Indictment, We, the Jury, find the Defendant:

   __✓__   Guilty   or   _____   Not Guilty

6. As to Count Six of the Indictment, We, the Jury, find the Defendant:

   __✓__   Guilty   or   _____   Not Guilty

7. As to Count Seven of the Indictment, We, the Jury, find the Defendant:

   __✓__   Guilty   or   _____   Not Guilty

8. As to Count Eight of the Indictment, We, the Jury, find the Defendant:

___✓___   Guilty   or   _____   Not Guilty

9. As to Count Nine of the Indictment, We, the Jury, find the Defendant:

___✓___   Guilty   or   _____   Not Guilty

10. As to Count Ten of the Indictment, We, the Jury, find the Defendant:

___✓___   Guilty   or   _____   Not Guilty

11. As to Count Eleven of the Indictment, We, the Jury, find the Defendant:

___✓___   Guilty   or   _____   Not Guilty

12. As to Count Twelve of the Indictment, We, the Jury, find the Defendant:

___✓___   Guilty   or   _____   Not Guilty

13. As to Count Thirteen of the Indictment, We, the Jury, find the Defendant:

___✓___   Guilty   or   _____   Not Guilty

14. As to Count Fourteen of the Indictment, We, the Jury, find the Defendant:

___✓___   Guilty   or   _____   Not Guilty

15. As to Count Fifteen of the Indictment, We, the Jury, find the Defendant:

___✓___   Guilty   or   _____   Not Guilty

16. As to Count Sixteen of the Indictment, We, the Jury, find the Defendant:

___✓___   Guilty   or   _____   Not Guilty

17. As to Count Seventeen of the Indictment, We, the Jury, find the Defendant:

___✓___   Guilty   or   _____   Not Guilty

18. As to Count Eighteen of the Indictment, We, the Jury, find the Defendant:

___✓___   Guilty   or   _____   Not Guilty

19. As to Count Nineteen of the Indictment, We, the Jury, find the Defendant:

    __✓__    Guilty    or    _____    Not Guilty

20. As to Count Twenty of the Indictment, We, the Jury, find the Defendant:

    __✓__    Guilty    or    _____    Not Guilty

21. As to Count Twenty-One of the Indictment, We, the Jury, find the Defendant:

    __✓__    Guilty    or    _____    Not Guilty

22. As to Count Twenty-Two of the Indictment, We, the Jury, find the Defendant:

    __✓__    Guilty    or    _____    Not Guilty


A. We, the Jury, find that the 11 United States Postal Money Orders charged in the Indictment were obtained by a robbery which occurred at the Fort Davis Post Office on August 24, 2004.

    __✓__    Yes    or    _____    No

B. We, the Jury, find that the 11 United States Postal Money Orders charged in the Indictment were obtained by an assault which occurred at the Fort Davis Post Office on August 24, 2004.

    __✓__    Yes    or    _____    No

If the answer to the two proceeding questions (A and B) is "No," do not complete the rest of the form. If the answer to either of the two proceedings questions (A and B) is "Yes," complete the remainder of the form.

23. As to Count Twenty-Three of the indictment, We, the Jury, find the Defendant:

    __✓__    Guilty    or    _____    Not Guilty

24. As to Count Twenty-Four of the indictment, We, the Jury, find the Defendant:

    __✓__    Guilty    or    _____    Not Guilty

25. As to Count Twenty-Five of the indictment, We, the Jury, find the Defendant:

    __✓__   Guilty   or   _____   Not Guilty

26. As to Count Twenty-Six of the indictment, We, the Jury, find the Defendant:

    __✓__   Guilty   or   _____   Not Guilty

27. As to Count Twenty-Seven of the indictment, We, the Jury, find the Defendant:

    __✓__   Guilty   or   _____   Not Guilty

28. As to Count Twenty-Eight of the indictment, We, the Jury, find the Defendant:

    __✓__   Guilty   or   _____   Not Guilty

29. As to Count Twenty-Nine of the indictment, We, the Jury, find the Defendant:

    __✓__   Guilty   or   _____   Not Guilty

30. As to Count Thirty of the indictment, We, the Jury, find the Defendant:

    __✓__   Guilty   or   _____   Not Guilty

31. As to Count Thirty-One of the indictment, We, the Jury, find the Defendant:

    __✓__   Guilty   or   _____   Not Guilty

32. As to Count Thirty-Two of the indictment, We, the Jury, find the Defendant:

    __✓__   Guilty   or   _____   Not Guilty

33. As to Count Thirty-Three of the indictment, We, the Jury, find the Defendant:

    __✓__   Guilty   or   _____   Not Guilty

So Say We All.

This the __8__ day of August, 2007.

_____
Foreperson