**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:06-cr-294-WKW** |
| | ) | |
| **HENRY THOMAS** | ) | |

**ORDER**

The sentencing in the above-referenced case previously set for November 1, 2007 at 2:15 p.m. is now set for November 1, 2007 at **9:00 a.m.** in Courtroom 2-E of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 29th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE