IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   * | |
|     Plaintiff,   * | |
|   * | |
| vs.   * | CR. NO. 2:06cr294WKW |
|   * | |
| HENRY THOMAS   * | |
|     Defendants.   * | |

## NOTICE OF APPEAL

COMES, James R. Cooper, Jr. who on behalf of his client Mr. Henry Thomas does give notice of Appeal and states the following:

1. Mr. Thomas gives notice of his appeal of his conviction.

2. Mr. Thomas is indigent and requests that all costs of said appeal including the filing costs, the costs of a transcript and all other costs be paid on his behalf by the United States Government.

3. Mr. Thomas requests that he be appointed an attorney to represent him on appeal without any costs to Mr. Thomas and that the attorney be paid for his services by the United States government.

4. All other appropriate relief necessarily provided in the usual indigent appeal.

                                          RESPECTFULLY SUBMITTED,

                                          s/James R. Cooper, Jr. (COO021)
                                          COOPER & COOPER
                                          Attorney for Defendant
                                          312 Scott Street
                                          Montgomery, AL 36104
                                          (334) 262-4887

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of November, 2007, I have served a copy of the foregoing **Notice of Appeal** upon Ms. Susan Redmond , Asst. U.S. Attorney, P.O. Box 197,

Montgomery, Alabama 36101 and by electronic case filing, by placing a copy of same in the United States Mail properly addressed and postage prepaid.

                                                                      s/James R. Cooper, Jr. (COO021)

cc:
Henry Thomas
100 Calico Road
Union Springs, Al 36089

Henry Thomas
Montgomery City Jail
P.O. Box 159
Montgomery, Al 36104