Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

January 03, 2008

**Appeal Number: 07-15355-C**
Case Style: USA v. Henry Thomas
District Court Number: 06-00294 CR-W-N ()

TO:  Risa Entrekin

CC:  James R. Cooper, Jr.

CC:  Debra P. Hackett

CC:  Leura Garrett Canary

CC:  Susan Redmond

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 03, 2008

Risa Entrekin
PO BOX 711
MONTGOMERY AL 36101-0711

**Appeal Number: 07-15355-C**
Case Style: USA v. Henry Thomas
District Court Number: 06-00294 CR-W-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: CaCelia Williams (404) 335-6190

EXT-1 (06-2007)

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JAN 4 - 2008

THOMAS K. KAHN
CLERK

07-15355-C

UNITED STATES OF AMERICA,

                                                         Plaintiff-Appellee-

versus

HENRY THOMAS,

                                                         Defendant.-Appellant.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

O R D E R:

Court Reporter Risa L. Entrekin's request for an extension of time until March 31, 2008, to complete and file transcripts and for a waiver of fee reduction is GRANTED.

_____
UNITED STATES CIRCUIT JUDGE