AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>HENRY THOMAS | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

Case No.    2:06cr294-001-WKW

USM No.    08424-028

Nicole Ramos
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)    1- 4 of the  12/17/10 Amended   Petition of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to abide by the rules and regulations of Dismas Charities. | November 22, 2010 |
| 2 | Defendant failed to obtain and maintain full-time verifiable employment. | October 13, 2010 |
| 3 | Defendant failed to pay the fine or restitution as directed. | November 22, 2010 |
| 4 | Defendant failed to participate in an intensive drug treatment program while at Dismis Charities. | November 22, 2010 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1609

Defendant's Year of Birth:    1967

City and State of Defendant's Residence:
                Union Springs, Alabama

March 9, 2011
Date of Imposition of Judgment

Signature of Judge

W. KEITH WATKINS, U. S. DISTRICT JUDGE
Name and Title of Judge

3 . 11 . 2011
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___2___ of ___4___

DEFENDANT:          HENRY THOMAS
CASE NUMBER:        2:06cr294-001-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :    15 Months.  No term of supervision to follow.  The term of supervised release imposed on May 18, 2010 is REVOKED.  This sentence is a variance and is imposed for the following reasons:  To reflect the seriousness of the offense; to promote respect for the law; to provide just punishment for the violation offenses; to afford adequate deterrence to criminal conduct and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

X    The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where medical treatment, mental health and substance abuse treatment  is available.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at  _____  ☐  a.m.  ☐  p.m.   on  _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on  _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  _____   to  _____

at  _____  with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By  _____

DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 5 — Criminal Monetary Penalties

|  | Judgment — Page | 3 | of | 4 |
|---|---|---|---|---|

DEFENDANT:       HENRY THOMAS
CASE NUMBER:     2:06cr294-001-WKW

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  3,300.00  (*) | $ | $ 7,514.39 |
| (*) | Balance of $3,195.00 remaining as to Special Assessment. | | |

☐    The determination of restitution is deferred until _____ .  An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X    The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Opelika Check Cashing<br>1723 3rd Avenue<br>Auburn, AL 36801 | | 337.33 | |
| MQ Food Mart<br>1861 Government Street<br>Mobile, AL 36606 | | 337.33 | |
| United States Postal Service<br>Accounting Service Center<br>2825 Lone Oak Parkway<br>Eagan, MN 55121 | | 415.00 | |
| Calhoun Foods<br>#2, 270 W. Lee Street<br>Tuskegee, AL 36083 | | 693.05 | |
| **TOTALS** | $              0 | $           7,514.39 | **Restitution continued<br>on page 4** |

☐    Restitution amount ordered pursuant to plea agreement  $ _____

X    The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐    the interest requirement is waived for the    ☐  fine    ☐  restitution.

    ☐    the interest requirement for the    ☐  fine    ☐  restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 5B — Criminal Monetary Penalties

Judgment—Page ___4___ of ___4___

DEFENDANT:          HENRY THOMAS
CASE NUMBER:     2:06cr294-001-WKW

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Johnny's Junxions<br>385 Hillcrest Way<br>Bedford, IN 47421 | | 1,624.34 | |
| 37 One Stop<br>3983 Old State Road<br>Springfield, IN 47462 | | 1,892.90 | |
| Checks Cashed and More<br>425 Main Street<br>Shorter, AL 36075 | | 603.51 | |
| WJ's Exxon<br>P.O. Box 591<br>Tuskegee, AL 36087 | | 137.53 | |
| Sistrunks Store<br>15930 U.S. Highway 80 East<br>Opelika, AL 36804 | | 137.64 | |
| Piggly Wiggly<br>205 Conecuh Avenue, East<br>Union Springs, AL 36089 | | 1,198.12 | |
| Family Foods<br>302 E. MLK Highway<br>Tuskegee, AL 36083 | | 137.64 | |

* Findings for the total amount of losses are required by Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.